MILE HIGH SHALE OIL COMPANY, Appellant, v. SHALE OIL MACHINERY AND SUPPLY COMPANY, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

THOMAS H. COULTER and Another, Appellants, v. INDEX SHALE OIL COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

MILE HIGH SHALE OIL COMPANY, Appellant, v. SHALE OIL MACHINERY AND SUPPLY COMPANY, Respondent.— Order denying motion to open default of plaintiff reversed and motion granted upon the following conditions: (1) Plaintiff to pay a full bill of costs, together with $10 costs of motion and costs and disbursements of defendant on appeal; (2) judgment entered on March 3, 1924, for the sum of $51,032.51 [$54,532.10] in action of *Mile High Shale Oil Co.* v. *Shale Oil Machinery & Supply Co.* should be canceled; (3) all proceedings pending in the State of Colorado founded on that judgment should be annulled or discontinued, the trial of the action to be resumed or proceed before the referee within twenty days. Upon the failure of plaintiff to comply with any of the above terms, the order will be affirmed, with ten dollars costs and disbursements to the respondent. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

THOMAS H. COULTER and Another, Appellants, v. INDEX SHALE OIL COMPANY, Respondent.— Order denying motion to open default of plaintiffs reversed and motion granted upon the following conditions: (1) Plaintiffs to pay a full bill of costs together with $10 costs of motion and costs and disbursements of defendant on appeal; (2) judgment entered on March 3, 1924, for the sum of $54,432.10 [$51,032.58] in action of *Thomas H. Coulter and John Arthur Weis* v. *Shale Oil Machinery & Supply Co.* [*Index Shale Oil Co.*] should be canceled; (3) all proceedings pending in the State of Colorado founded on that judgment should be annulled or discontinued, the trial of the action to be resumed or proceed before the referee within twenty days. Upon the failure of plaintiffs to comply with any of the above terms, the order should be affirmed, with ten dollars costs and disbursements to respondent. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, Martin and Burr, JJ.

CHARLES F. KINGSLEY, as Executor, etc., Appellant, v. THE MERVYN REALTY Co., INC., Respondent.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

NORLAN REALTY COMPANY, Appellant, v. FOX & 156TH STREET REALTY Co., INC., and Another, Respondents.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J. Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of STEPHEN HOWLAND BROWN, Deceased.— Preference granted for January 20, 1925. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

In the Matter of the Petition of THEODORUS BAILEY, Respondent, for an Order Requiring ROBBINS S. RUTHERFORD, an Attorney, Appellant, to Return Certain Moneys.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.

MARY STEVENSON, as Administratrix, etc., Respondent, v. JAMES BUTLER, INC., and Another, Appellants.— Motion granted. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ.